# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| TEAM SYSTEMS ) | |
| INTERNATIONAL, LLC, ) | Bankruptcy Case No.: 22-10066-CTG |
| ) | |
| Debtor. ) | |
| _____ ) | |
| RANDY M. MOTT, ESQ., ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 24-850-GBW |
| v. ) | Bankr. BAP No. 24-0044 |
| ) | |
| GEORGE L. MILLER, solely in his capacity ) | |
| as the Chapter 7 Trustee of the estate of ) | |
| Team Systems International, LLC, GPDEV ) | |
| LLC and SIMONS EXPLORATION, INC., ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |
| RANDY M. MOTT, ESQ., ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 24-851-GBW |
| v. ) | Bankr. BAP No. 24-0045 |
| ) | |
| GEORGE L. MILLER, solely in his capacity ) | |
| as the Chapter 7 Trustee of the estate of ) | |
| Team Systems International, LLC, GPDEV ) | |
| LLC and SIMONS EXPLORATION, INC., ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

**ORDER**

At Wilmington, Delaware, this **28th day of August 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here should not currently be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE